JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Wade,<br>Plaintiff,<br>v.<br>Robert J. Schooley,<br>Defendant. | No. 2:22-cv-01216-RSWL-SKx<br>Complaint Filed: Feb. 23, 2022 |

**ORDER[1]**

The parties having filed a Stipulation of Dismissal of Civil Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Stipulation"), IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice;

/ / /

[1] Defendant's position is that the Stipulation is effective to dismiss the case with prejudice upon filing. *See Karlsson v. Ewing*, 2020 WL 10762224, at *4 (C.D. Cal. June 19, 2020) ("A notice or stipulation of dismissal under Rule 41(a)(1)(A)(i) and (ii) is self-executing and effective when the notice or stipulation is filed with the court.").

2. Each party shall bear its own costs and attorneys' fees;

3. The clerk shall close this case forthwith.

**IT IS SO ORDERED.**

DATED: June 8, 2022

***/S/ RONALD S.W. LEW***

Honorable Ronald S.W. Lew
United States District Judge